**IT IS ORDERED as set forth below:**

**Date: September 18, 2020**

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:                                              :

                                                    :        CHAPTER 11

JAMES FRANKLIN COOK, JR                             :        CASE NO. 20-63764-JWC

                        Debtor.                     :

---

### ORDER DISMISSING CASE

This case came before the Court on September 17, 2020 on the Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1112(b) [doc.52] ("Motion"). Debtor's counsel represented that all parties, including the Internal Revenue Service, were properly served and that good cause exists to dismiss the case. No objections to the Motion were received.

It is therefore ORDERED that Debtor's Motion is **GRANTED**, and Case No. 20-63764-JWC is hereby *dismissed*.

The Debtor is further ORDERED to file all outstanding operating reports and pay all outstanding Chapter 11 quarterly fees, if any, within fourteen (14) days of the entry of this order.

It is further ORDERED that Debtor's counsel shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties to this action, and shall file promptly thereafter a certificate of service confirming such

service.

END OF DOCUMENT

Prepared By:

/s/ IAN M. FALCONE
Ian M. Falcone
Georgia Bar No. 254470
Attorney for Debtor
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA  30060
(770) 426-9359
Imf@falconefirm.com

DISTRIBUTION LIST

Thomas Dworschak, Trustee office
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA  30060

James Cook Jr
260 Cameron Ridge Drive
Atlanta, GA 30328